IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY (as Assignee of ALBANY MOLECULAR RESEARCH, INC., and OSO BIOPHARMACEUTICALS MANUFACTURING, LLC), | § § § § § § | |
| Plaintiff, | § § | NO. 1:17-cv-00760-GJF-LF |
| v. | § § | |
| FEDERAL INSURANCE COMPANY, and DOES 1-10, | § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Factory Mutual Insurance Company (As assignee of Albany Molecular Research, Inc.) and Defendant Federal Insurance Company (collectively "the Parties"), jointly stipulate to a dismissal of this action with prejudice. The Parties further stipulate that, other than for enforcement of the Parties' obligations and agreements pursuant to the Confidential Settlement Agreement and Release ("CSA") executed by them to resolve this dispute, if needed, no additional pleadings or motions shall be filed in this matter. The Parties further stipulate that all Parties shall bear their own attorneys' fees, costs and expenses.

Dated: January 3, 2020.

DATED:  January 3, 2020	CARLSON, CALLADINE & PETERSON LLP

By:  *Joyce C. Wang*
JOYCE C. WANG Attorneys for Plaintiff
FACTORY MUTUAL INSURANCE
COMPANY (as Assignee of ALBANY
MOLECULAR RESEARCH, INC.)


DATED:  January 3, 2020	SANDERS & WESTBROOK, PC

By:  *Maureen A. Sanders*
MAUREEN A. SANDERS Attorneys for Plaintiff
FACTORY MUTUAL INSURANCE
COMPANY (as Assignee of ALBANY
MOLECULAR RESEARCH, INC.)


DATED:  January 3, 2020	WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
By:  *Lisa M. Wilson*
LISA WILSON Attorneys for Defendant
FEDERAL INSURANCE COMPANY